USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/14/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAN KIM, et al.,

                Plaintiffs,

    -against-

CIRCLE INTERNET GROUP, INC., and
CIRCLE INTERNET FINANCIAL, LLC,

                Defendants.

26-CV-05445 (MMG)

**NOTICE OF INITIAL
PRETRIAL CONFERENCE**

MARGARET M. GARNETT, United States District Judge:

    Counsel for all parties shall appear for an Initial Pretrial Conference with the Court on **Thursday, October 8, 2026** at **9:30 A.M.**  The conference will be held in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett. All parties are required to register promptly as filing users on ECF.

    Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Fed. R. Civ. P. 16 conference. Additionally, in accordance with Rule II(A)(5) of the Individual Rules, the parties are hereby ORDERED to file on ECF a joint letter, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than **October 1, 2026**.  The parties shall use this Court's form proposed Civil Case Management Plan and Scheduling Order, which is also available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

    In accordance with Rule I(B)(5) of the Individual Rules, requests for extensions or adjournments may be made only by letter-motion filed on ECF.  Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

Dated: August 14, 2026
       New York, New York

                             SO ORDERED.

                             MARGARET M. GARNETT
                             United States District Judge