**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAN KIM, YONG SEOK KIM, YONG HWA CHUNG KIM, CHUNG KOOK KIM, and DANI BUTLER,<br>Plaintiffs,<br>v.<br>THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, a.k.a. NORTH KOREA,<br>Defendant,<br>CIRCLE INTERNET FINANCIAL LLC,<br>Garnishee. | Case No. 1:25-mc-00527-MMG |
| HAN KIM, YONG SEOK KIM, YONG HWA CHUNG KIM, CHUNG KOOK KIM, and DANI BUTLER,<br>Plaintiffs,<br>v.<br>CIRCLE INTERNET GROUP, INC., and CIRCLE INTERNET FINANCIAL, LLC,<br>Defendants. | Case No. 1:26-cv-05445-MMG |

**GARNISHEE AND DEFENDANT CIRCLE INTERNET FINANCIAL, LLC'S MOTION TO VACATE RESTRAINING NOTICE**

**PLEASE TAKE NOTICE** that, upon the accompanying supporting memorandum of law and declarations of Joshua A. Baskin and Joanna Marathakis (and exhibits attached thereto), Garnishee and Defendant Circle Internet Financial LLC, hereby respectfully move this Court before the Honorable Margaret M. Garnett, United States District Judge, in Courtroom 906 at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York, 10007, on a date and time to be designated by the Court, for an Order granting its Motion to Vacate Restraining Notice .

Dated: August 28, 2026

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ *John P. Flynn*
John P. Flynn
Colleen Bal (admitted *pro hac vice*)
Joshua A. Baskin (admitted *pro hac vice*)
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: jflynn@wsgr.com
Email: cbal@wsgr.com
Email: jbaskin@wsgr.com

*Counsel for Defendants Circle Internet Financial LLC, Circle Internet Group, Inc. and Garnishee Circle Internet Financial LLC*